IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:20-CV-04060 |
| BCC INTERESTS, LLC and ) | |
| ABRAHAM GANIM, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIK GARCIA ("Plaintiff") and Defendants, BCC INTERESTS, LLC and ABRAHAM GANIM ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 11th day of January, 2021.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

          */s/ Gregg Dasher*
          Gregg Dasher, Esq.
          Texas Bar No. 05402555
          Dasher Law Offices
          P.O. Box 572538
          Houston, TX 77257
          Tel: (713) 922-2022
          Email: dasherlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2021, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

          /s/ Douglas S. Schapiro
          Douglas S. Schapiro
          Southern District of Texas ID No. 3182479