United States District Court
Southern District of Texas
**ENTERED**
January 13, 2021
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| Erik Garcia, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-4060 |
| BCC INTERESTS, LLC, and Abraham Ganim. | § § § § | |
| Defendants. | § | |

## Final Dismissal

Having been advised that Erik Garcia no longer wishes to pursue his claims against BCC INTERESTS, LLC, and Abraham Ganim, this case is dismissed with prejudice.

Signed on January 12, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge